# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **HEWLETT-PACKARD COMPANY,** | § | Civil Action No. 6:05cv456 |
| | § | |
| **Plaintiff/Counterclaim Defendant,** | § | ECF |
| | § | |
| v. | § | |
| | § | |
| **BYD:SIGN, INC., ET AL.** | § | |
| | § | |
| **Defendants,** | § | |
| | § | |
| and | § | |
| | § | |
| **MARC McEACHERN,** | § | |
| | § | |
| **Defendant/Counterclaim Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | |
| **HEWLETT-PACKARD COMPANY,** | § | |
| | § | |
| **Plaintiff/Counterclaim Defendant,** | § | |
| | § | |
| and | § | |
| | § | |
| **KARL KAMB,** | § | |
| | § | |
| **Defendant/Counterclaim Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | |
| **HEWLETT-PACKARD COMPANY,** | § | |
| | § | |
| **Plaintiff/Counterclaim Defendant,** | § | |
| | § | |
| and | § | |
| | § | |
| **KEVIN HUNSAKER, PATRICIA DUNN, ANN BASKINS, ANTHONY GENTILUCCI, SECURITY OUTSOURCING SOLUTIONS, INC. AND RONALD DELIA,** | § | |
| | § | |
| **Counterdefendants.** | § | |

## ORDER CONCERNING PLAINTIFF HEWLETT-PACKARD COMPANY'S MOTION TO STRIKE DEFENDANT KARL KAMB'S COUNTERCLAIM AND FOR TEMPORARY RESTRAINING ORDER

Came on this day to be heard Plaintiff Hewlett-Packard Company's Motion To Strike Defendant Karl Kamb's Counterclaim and For Temporary Restraining Order. Upon considering the arguments of counsel and the agreements made, the Court issues the following rulings:

It is hereby **ORDERED** that the Defendant Karl Kamb shall withdraw his Counterclaim (Document No. 168) from the record in this action.

It is further **ORDERED** that, if Defendant/Counterplaintiff Karl Kamb wishes to refile the Counterclaim, he shall do so under seal and shall not attach any exhibits which were previously attached to Document No. 168.

If is further **ORDERED** that all parties who have appeared in this action, including their officers, agents, servants, employees and attorneys, shall refrain from discussing the contents of, allegations in or attachments to Defendant Karl Kamb's Counterclaim (Document No. 168) with any members of the media or press. The only comment that the Parties may make to such third party is that the Counterclaim would be withdrawn and refiled under seal. This provision of the Order remains in effect unless otherwise ordered by the Court.

Counsel for Plaintiff Hewlett-Packard Company and Defendant Karl Kamb have conferred and agree to the form of this Order.

**SO ORDERED.**

**SIGNED this 25th day of January, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE